

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States Courthouse*
*300 Quarropas St.*
*White Plains, New York 10601*

January 19, 2021

**BY EMAIL**

Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

    Re:    **United States v. Jason Plummer, 21-MAG-337**

Dear Judge Krause:

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney for the
        Southern District of New York

by:  /s/ T. Josiah Pertz
      T. Josiah Pertz
      Assistant United States Attorney
      (914) 993-1966

SO ORDERED.

*/s/ Andrew Krause*
_____
ANDREW E. KRAUSE
United States Magistrate Judge
January 19, 2021